Rose M. Singer, Suing on Her Own Behalf and on Behalf of All Other Stockholders of The United Corporation, Similarly Situated Who May Join in This Action and Contribute to the Expense Thereof, Respondent, v. Floyd L. Carlisle, Hendon Chubb, George Whitney, Roy K. Ferguson, Philip G. Gossler, George H. Howard, Harold Stanley, Morgan Stanley & Co., Incorporated, and J. P. Morgan, Charles Steele, Thomas W. Lamont, Junius S. Morgan, George Whitney, Russell C. Leffingwell, Francis D. Bartow, Arthur M. Anderson, Thomas S. Lamont, Henry P. Davison and C. D. Dickey, as Copartners Doing Business under the Firm Name and Style of J. P. Morgan & Co., and as Copartners Doing Business under the Firm Name and Style of Drexel & Co., Appellants, and Others, Defendants. — In a stockholders' derivative action against corporate directors and others who are alleged to have acted in concert with them to the damage of the corporation, order denying appellants' motion to compel plaintiff to state separately and number her causes of action unanimously affirmed, with ten dollars costs and disbursements, with leave to appellants to answer within ten days from the entry of the order hereon. No opinion. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.

### (December 13, 1939.)

Sarah Oliner, Plaintiff, v. The American-Oriental Banking Corporation, Defendant, Appellant. George Sellett, as Liquidator of The American-Oriental Banking Corporation, Appellant; American Reserve Insurance Company and Max A. Hodes, Claimants, Appellants; L. H. Lindeman, Sarah Oliner, Claimants, Respondents; Nathaniel L. Goldstein, Permanent Receiver, and Feigin & Feigin, as Attorneys, etc., Respondents.— Motion dismissed. An appeal having been taken to the Court of Appeals and perfected, this motion should be made in that court. [See ante, p. 752.] Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.